CSD3038
04/05

# United States Bankruptcy Court
### Southern District of California
Jacob Weinberger U.S. Courthouse
325 West F Street
San Diego, CA 92101–6991

Telephone: 619–557–5620
Website: www.casb.uscourts.gov
Hours: 9:00am–4:00pm Monday–Friday

| | | |
|---|---|---|
| Garret James Hollarn and Catherine Jean Hollarn<br><br>Debtor(s) | BANKRUPTCY NO. | 09–01203–PB7 |
| Navy Federal Credit Union<br>c/o Law Office of Robert S. Lampl<br>21031 Ventura Blvd., Twelfth Floor<br>Woodland Hills, CA 91364<br><br>Plaintiff(s) | ADVERSARY NO. | 09–90191–PB |
| v.<br><br>Garret James Hollarn<br><br>Defendant(s) | | |

## NOTICE OF INTENT TO DISMISS ADVERSARY PROCEEDING

## WITHOUT PREJUDICE FOR WANT OF PROSECUTION

TO ALL PARTIES IN INTEREST:

**YOU ARE HEREBY NOTIFIED** that for the reason(s) listed below, this adversary proceeding will be dismissed without prejudice.

**More than three months have elapsed since the last action was taken in this adversary proceeding.**

**YOU ARE FURTHER NOTIFIED** that such inactivity is grounds for dismissal of this proceeding pursuant to Local Bankruptcy Rule 7041–2; and that the above–entitled adversary proceeding will be dismissed without prejudice on the twentieth day following the date of service of this notice unless Plaintiff takes action during the twenty–day[1] period either by filing the appropriate order or judgment or by noticing the matter for hearing.

You may obtain a hearing date and time by calling the Courtroom Deputy at 619–557–5157.

Dated: 8/18/09                    Barry K. Lander
                                  Clerk of the Bankruptcy Court

[1]If you were served electronically or by mail, you have three (3) additional days to take the above–stated actions.