```
ROBERT S. LAMPL, ESQ.
LAW OFFICE OF ROBERT S. LAMPL
A Professional Law Corp.
21031 Ventura Blvd., Twelfth Floor
Woodland Hills, CA 91364
(818) 226-5662

State Bar No. 82201

Attorney for Plaintiff
```

**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In Re: ) | BANKRUPTCY NO. 09-01203-PB7 |
| ) | |
| GARRET JAMES HOLLARN and CATHERINE ) | CHAPTER 7 |
| JEAN HOLLARN ) | |
| ) | ADVERSARY NO. 09-90191-PB |
| ) | |
| Debtors. ) | |
| _____ ) | |
| NAVY FEDERAL CREDIT UNION ) | STATUS REPORT |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| GARRET JAMES HOLLARN, ) | |
| ) | |
| Defendant. ) | |

TO THE HONORABLE PETER W. BOWIE, UNITED STATES BANK-RUPTCY JUDGE:

Plaintiff wishes to advise the Court that the within adversary case is expected to be dismissed by Plaintiff in the next few weeks. Plaintiff has been in close contact with Defendant/Debtor counsel regarding this matter and a tentative resolution has been reached. The Plaintiff is in the process of doing a loan modification with Defendant/Debtor's ex spouse which, when

-1-

signed, will resolve the issues between the parties to this litigation.  The loan modification documents have already been prepared and a minor change has been requested by Debtors.  It is anticipated that this will be accomplished in the next few days.  Thereafter, the documents will have to be reviewed, signed and returned to Plaintiff.  Once this has been accomplished, Plaintiff will be dismissing this adversary action.  It is important that this case remain open during this period to make sure that the ongoing modification process is concluded, which requires the cooperation of both debtors.  Defendant's counsel has already indicated his approval of the operative documents, with the exception of the minor change referenced above.  In the unlikely event that it is not concluded, the parties will immediately move this case forward.  As such, Plaintiff respectfully requests that this Court allow the case to remain open at this time.

Respectfully submitted,


DATED: September 11, 2009          LAW OFFICE OF ROBERT S. LAMPL

                                   By: /s/ Robert S. Lampl
                                       ROBERT S. LAMPL, ESQ.