```
 1  ROBERT S. LAMPL, ESQ.
    LAW OFFICE OF ROBERT S. LAMPL
 2  A Professional Law Corporation
    21031 Ventura Blvd., 12th Floor
 3  Woodland Hills, CA  91364
    Tel:818-226-5662 Fax:818-226-5671
 4
    State Bar No. 82201
 5
    Attorney for Plaintiff
 6

 7

 8              UNITED STATES BANKRUPTCY COURT

 9              SOUTHERN DISTRICT OF CALIFORNIA

10

11  In Re:                          )   BANKRUPTCY NO.09-01203-PB7
                                    )
12  GARRETT JAMES HOLLARN and       )   CHAPTER 7
    CATHERINE JEAN HOLLARN,         )
13                                  )
                                    )
14       Debtors.                   )   ADVERSARY NO. 09-90191-PB
    _____)
15  NAVY FEDERAL CREDIT UNION,      )   REQUEST FOR DISMISSAL OF ADVER-
                                    )   SARY ACTION WITH PREJUDICE
16       Plaintiff,                 )   PURSUANT TO BANKRUPTCY RULE
         v.                         )   7041 AND F.R.C.P. RULE 41
17                                  )
    GARRETT JAMES HOLLARN,          )
18                                  )
         Defendants.                )
19  _____)

20
        TO THE HONORABLE PETER W. BOWIE, UNITED STATES BANKRUPTCY
21
    JUDGE:
22
        Request is hereby made by Plaintiff, NAVY FEDERAL CREDIT
23
    UNION, through its counsel of record, ROBERT S. LAMPL, Esq., that
24
    the within adversary action be dismissed with prejudice.
25
        Defendant has neither made nor promised any payment to
26
    Plaintiff herein.  .
27
        The within Dismissal is pursuant to Federal Rules of Civil
28
```

Stipulation For Dismissal
NAVY FEDERAL CREDIT UNION v. Defendants, Hollarn;
BK Case No. 09-01203-PB7 &; Adv. No. 09-90191-PB

51029-7/46


1  Procedure, Rule 41(a)(1).

2  DATED:                                LAW OFFICE OF ROBERT S. LAMPL

3

4                                  By: _____
                                       ROBERT S. LAMPL,
5                                      Attorney for Plaintiff

Stipulation For Dismissal
NAVY FEDERAL CREDIT UNION  v. Defendants, Hollarn;
BK Case No. 09-01203-PB7 &; Adv. No. 09-90191-PB

2.

51029-7/46